In the Matter of CAROL ANN TODD, Appellant, v ALISTAIR CHARLES MORRISON, Respondent. [908 NYS2d 381]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered August 14, 2009 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of petitioner to the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.